U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAR 15 2017

TONY R. MOORE, CLERK
BY: _____
      DEPUTY

(Rev. 5/1/13)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
_____ DIVISION

~~Chad Lee~~

~~Ronnie~~ Lucas Bruce    Civil Action No. 3:17-cv-0414    SEC. P
Plaintiff

Prisoner # 626037

VS.                                Judge _____

Chad Lee + Ronnie Fussell    Magistrate Judge _____
Defendant

**COMPLAINT**
**PRISONER CIVIL RIGHTS UNDER 42 U.S.C. § 1983**

**I.  Previous Lawsuits**

a.  Have you begun any other lawsuit while incarcerated or detained in any facility?

   Yes [ ]   No [✓]

b.  If your answer to the preceding question is "Yes," provide the following information.

   1.  State the court(s) where each lawsuit was filed (if federal, identify the District, if state court, identify the County or Parish):

   _____

   _____

   2.  Name the parties to the previous lawsuit(s):

       Plaintiffs: _____

       Defendants: _____

   3.  Docket number(s): _____

   4.  Date(s) on which each lawsuit was filed: _____

   5.  Disposition and date thereof [For example, was the case dismissed and when? Was it appealed and by whom (plaintiff or defendant)? Is the case still pending?]:

   _____

*(Rev. 5/1/13)*

c. Have you filed any lawsuit or appeal in any federal district court or appeals court which has been dismissed?

Yes [ ]   No [✓]

If your answer to the preceding question is "Yes," state the court(s) which dismissed the case, the civil action number(s), and the reason for dismissal (e.g., frivolity, malice, failure to state a claim, defendants immune from relief sought, etc.).

II.  a. Name of institution and address of current place of confinement:

Franklin Parish Detention Center, 388 Natures Acres Rd. Winnsboro, La 71295

b. Is there a prison grievance procedure in this institution?

Yes [ ]   No [✓]

1. Did you file an administrative grievance based upon the same facts which form the basis of this lawsuit?

Yes [✓]   No [ ]

2. If you did not file an administrative grievance, explain why you have not done so.

3. If you filed an administrative grievance, answer the following question. What specific steps of the prison procedure did you take and what was the result? (For example, for state prisoners in the custody of the Department of Public Safety and Corrections: did you appeal any adverse decision through to Step 3 of the administrative grievance procedure by appealing to the Secretary of the Louisiana Department of Public Safety and Corrections? For federal prisoners: did you appeal any adverse decision from the warden to the Regional Director for the Federal Bureau of Prisons, or did you make a claim under the Federal Tort Claims Act?)

I filed A.R.I. about my Visits and my Phone Calls and Was Not allowed Phone Calls or Visitations.

Attach a copy of each prison response and/or decision rendered in the administrative proceeding.

III. Parties to Current Lawsuit:

a. Plaintiff, Ronnie Fussell, Kam Harper, & Chad Lee
   Address 388 Natures Acres Rd. Winnsboro, La. 71295

Statement of Claim IV.

On Jan, 27, 2017 I was placed in Franklin Parish Detention Center in Holding cell 304. By Chad Lee for my own protection as a pretrial inmate and Chad Lee gave orders for me not to use the phone are be able to purchase writing meterial.

On Feb 22, 2017 Kam Harper sprayed me with pepper spray for trying to get a phone call and wrote me up.

I went to DB court own Feb 26, 2017 and Ronnie Fussell took my visits for 60 days. And as a pretrial inmate I have no way of trying to make my bond becouse I can't let my love ones know what to do to get out.

*(Rev. 5/1/13)*

b. Defendant, **Ronnie Fussell**, is employed as **Lieutenant** at **Franklin Parish Detention Center**.
Defendant, **Chad Lee**, is employed as **Warden** at **Franklin Parish Detention Center**.
Defendant, **Kam Harper**, is employed as **Sergeant** at **Franklin Parish Detention Center**.
Additional defendants, _____

## IV. Statement of Claim

State the **FACTS** of your case. Specifically describe the involvement and actions of each named defendant. Include the names of all persons involved in the incident(s) or condition(s) giving rise to this lawsuit, and the dates upon which and the places where the incident(s) and/or condition(s) occurred. **YOU ARE REQUIRED TO SET FORTH ONLY FACTUAL ALLEGATIONS. YOU ARE NOT REQUIRED TO SET FORTH LEGAL THEORIES OR ARGUMENTS.**

**SEE Attachments**

Page 3 of 4

*(Rev. 5/1/13)*

## V. Relief

State exactly what you want the court to provide to you or do for you. Make no legal arguments. Cite no cases or statutes.

Compensarry Damage in the amout of $300,000
pain + Suffering in the amount of $300,000

## VI. Plaintiff's Declaration

a. I understand that if I am transferred or released, I must apprise the Court of my address, and my failure to do so may result in this complaint being dismissed.

b. I understand that I may not proceed without prepayment of costs if I have filed three lawsuits and/or appeals that were dismissed on grounds that the action and/or appeal was frivolous or malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

c. If I am located in a prison participating in the Electronic Filing Pilot Program, I consent to receive orders, notices and judgments by Notice of Electronic Filing.

Signed this 08 day of March, 20 17.

_626037 ; Doc #_   _Lucas Bunce_
**Prisoner no. (Louisiana Department of Corrections or Federal Bureau of Prisons)**   **Signature of Plaintiff**