UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| LUCAS BRUCE | CIVIL ACTION NO. 3:17-CV-0414 |
|---|---|
| VERSUS | SECTION P |
| | JUDGE ROBERT G. JAMES |
| CHAD LEE, ET AL | MAGISTRATE JUDGE HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff's civil rights action is **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim for which relief may be granted pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

**MONROE, LOUISIANA, this 6th day of July, 2017.**

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE